IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADMIRAL INSURANCE COMPANY                                            PLAINTIFF

VS.                                                    CAUSE NO.:3:15-cv-201-NBB-SAA

TYLER LEE SMITH; TYLER L. SMITH &
ASSOCIATES, PLLC; and ROBERT GRANTHAM                    DEFENDANTS

## ORDER OF DISMISSAL

This cause, having been dismissed by the court without prejudice by notice of impending settlement, now comes before the Court. The court, by notice of parties, has been advised that settlement of this matter has concluded and hereby orders this case dismissed without prejudice.

It is, therefore, ORDERED AND AJUDGED, that the above styled and numbered cause should be and the same is hereby DISMISSED without prejudice.

This the 7th day of April, 2016.

> */s/ Neal Biggers*
> NEAL B. BIGGERS, JR.
> UNITED STATES DISTRICT JUDGE